# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

COLUMBUS CHRIS WILLIAMS

NO. 2020 KW 0377

AUG 0 3 2020

---

In Re: Columbus Chris Williams, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 2004-FELY-423851.

---

**BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT